| UNITED STATES DISTRICT COURT | EASTERN DISTRICT OF TEXAS |
|---|---|

| | |
|---|---|
| LYONDELL CHEMICAL COMPANY, *et al.*, § § § § | |
| Plaintiffs, § § | |
| *versus* § § | CIVIL ACTION NO. 1:01-CV-890 |
| ALBEMARLE CORPORATION, *et al.*, § § | (Consolidated with 1:02-CV-003) (Consolidated with 1:03-CV-225) |
| Defendants. § | |

## ORDER

In light of the Amended Findings Fact and Conclusions of Law issued to incorporate the court's rulings on the parties' various motions for reconsideration, the Final Judgment (#1293), signed on October 5, 2007, is VACATED.

SIGNED at Beaumont, Texas, this 3rd day of December, 2007.

_____
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE